UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff: KAT HOUSE PRODUCTIONS, LLC d/b/a SURF CHICK, KATHLEEN HERRICK, PATRICIA J. WAGNER and AURORA CONTRERAS,

-v-

Defendant: PAUL HASTINGS JANOFSKY + WALKER, LLP, REBECCA KELDER MYERS and KATHERINE CHANG and CATHERINE M. CLAYTON

Case No. 07-CIV 9700

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ALL PLAINTIFFS _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: October 31, 2007

Signature of Attorney

Attorney Bar Code: BE 1260

Form Rule7_1.pdf