(212) 619-0728  
FAX: (212) 619-2288

**UNITED PROCESS SERVICE, INC.**  
THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com

Date Received 11/19/07

EGAN & GOLDEN, LLP  
475 EAST MAIN STREET, SUITE 114  
PATCHOGUE, NY 11772  
ATTN: BRIAN T. EGAN

Client Code 7286  
(631) 447-8100

BYRAN E. MCELDERRY

Index # 07 CIV 9700 (MCMAHON)  
File # 74(D)

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Invoice # 452041  
Date Purchased 11/01/07  
120 Day 02/29/08

Plaintiff: KAT HOUSE PRODUCTIONS, LLC D/B/A SURF CHICK, ETAL  
Defendant: PAUL HASTINGS, ETAL

Copies Yes

Recipient(s):

1) PAUL HASTINGS JANOFSKY & WALKER, LLP — SUMMONS & VERIFIED COMPLAINT
2) REBECCA KELDER MYERS — SUMMONS & VERIFIED COMPLAINT

Location:  
Business: 75 EAST 55TH STREET  
NEW YORK, NY 10022

SERVED Date: 11/20/07  Time: 1513  Serve Sec'y of State____ Adv. Fee____ Att. Sending____  
New Address ____  
Served on: FRANK D'AGOSTINO  Title/Relationship: Asst managing atty  
Desc: Sex: M  Skin Color: W  Hair Color: Br  Approx Age: 43  Height: 5'11  Weight: 175

Remarks: SERVE BY 12/03/07  
~~PHOTO ATTACHED~~  
ATTY SENT VIA FEDEX

*Serve #1 on a managing partner*

---

**REASON FOR RETURN**  
UNKNOWN___ MOVED___ NEED APARTMENT #___  
NO SUCH NUMBER___ NO LONGER EMPLOYED___  
HELD AWAITING INSTRUCTIONS___ OUT OF BUSINESS___  
**POSTAL SEARCH** ___  
NO CHANGE OF ADD___ UNKNOWN AT ADDRESS GIVEN___  
MOVED, NO FWD ADD___ FORWARDING ORDER EXPIRED___  
**MOTOR VEHICLE SEARCH**  
D.O.B, VIN OR PLATE #___  
NO HIT___ SAME ADDRESS___ NEW ADDRESS___

CODE B  CHARGE 74  CODE___ CHARGE___  
CODE___ CHARGE___ CODE___ CHARGE___  
CODE___ CHARGE___ CODE___ CHARGE___  
CODE___ CHARGE___ CODE___ CHARGE___

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: EGAN & GOLDEN, LLP

---

KAT HOUSE PRODUCTIONS, LLC D/B/A SURF CHICK, ETAL

Plaintiff(s)

- against -

Index # 07 CIV 9700 (MCMAHON)

PAUL HASTINGS, ETAL

Purchased November 1, 2007
File # 74(D)

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 03:13 PM at

75 EAST 55TH STREET
NEW YORK, NY 10022

deponent served the within SUMMONS & VERIFIED COMPLAINT on PAUL HASTINGS JANOFSKY & WALKER, LLP therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to FRANK D'AGOSTINO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the ASST. MANAGING ATTY of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 43 | 5'11 | 175 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

75 EAST 55TH STREET
NEW YORK, NY 10022

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 20, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 20, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156760
Qualified in New York County
Comm. Expires December 4, 2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 452041

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: EGAN & GOLDEN, LLP

---

KAT HOUSE PRODUCTIONS, LLC D/B/A SURF CHICK, ETAL

　　　　　　　　　　　　　　　　　　　　　　Plaintiff(s)

- against -

PAUL HASTINGS, ETAL

　　　　　　　　　　　　　　　　　　　　　　Defendant(s)

Index # 07 CIV 9700 (MCMAHON)

Purchased November 1, 2007
File # 74(D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 03:13 PM at

75 EAST 55TH STREET
NEW YORK, NY 10022

deponent served the within SUMMONS & VERIFIED COMPLAINT on PAUL HASTINGS JANOFSKY & WALKER, LLP therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to FRANK D'AGOSTINO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the ASST. MANAGING ATTY of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 43 | 5'11 | 175 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

75 EAST 55TH STREET
NEW YORK, NY 10022

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 20, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 20, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BY: BYRAN E. MCELDERRY
License #: 869802
Invoice #: 452041

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: EGAN & GOLDEN, LLP

---

KAT HOUSE PRODUCTIONS, LLC D/B/A SURF CHICK, ETAL

Plaintiff(s)

- against -

PAUL HASTINGS, ETAL

Defendant(s)

Index # 07 CIV 9700 (MCMAHON)

Purchased November 1, 2007

File # 74(D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 03:13 PM at

75 EAST 55TH STREET
NEW YORK, NY 10022

deponent served the within SUMMONS & VERIFIED COMPLAINT on REBECCA KELDER MYERS therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to FRANK D'AGOSTINO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 43 | 5'11 | 175 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

75 EAST 55TH STREET
NEW YORK, NY 10022

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 20, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 21, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 452041

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: EGAN & GOLDEN, LLP

---

KAT HOUSE PRODUCTIONS, LLC D/B/A SURF CHICK, ETAL

Plaintiff(s)

- against -

PAUL HASTINGS, ETAL

Defendant(s)

Index # 07 CIV 9700 (MCMAHON)

Purchased November 1, 2007

File # 74(D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 20, 2007 at 03:13 PM at

75 EAST 55TH STREET
NEW YORK, NY 10022

deponent served the within SUMMONS & VERIFIED COMPLAINT on REBECCA KELDER MYERS therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to FRANK D'AGOSTINO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 43 | 5'11 | 175 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

75 EAST 55TH STREET
NEW YORK, NY 10022

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 20, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 21, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156760
Qualified in New York County
Comm. Expires December 4, 2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 452041

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728