

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

KAT HOUSE PRODUCTIONS, LLC d/b/a SURF　　　　[ECF Case]
CHICK, KATHLEEN MERRICK, PATRICIA J.
WAGNER and AURORA CONTRERAS,　　　　　　　　07 CIV 9700 (BSJ)(MHD)

　　　　　　　Plaintiffs,

　　-against-

　　　　　　　　　　　　　　　　　　　　　　　**STIPULATION**

PAUL, HASTINGS, JANOFSKY & WALKER, LLP,
REBECCA KELDER MYERS, KATHERINE CHANG
and CATHERINE M. CLAYTON,

　　　　　　　Defendants.
-------------------------------------x

　　　　WHEREAS Defendant Paul, Hastings, Janofsky & Walker, LLP's time to respond to the Complaint in this action expires on or about December 10, 2007 and no prior application for any extension of the time has previously been requested;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and counsel for Defendants Paul, Hastings, Janofsky & Walker, LLP, Rebecca Kelder Myers, and Catherine M. Clayton, that said Defendants' time to answer, move or otherwise plead in response to the Complaint, dated October 23, 2007, is hereby extended through and including January 8, 2008; and

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that electronic or facsimile copies of each of their signatures will be deemed to be original signatures for all purposes.

Dated: December 5, 2007
New York, New York

KAVANAGH MALONEY & OSNATO LLP

By _____
David F. Bayne (DFB 7157)
Attorneys for Defendants Paul, Hastings, Janofsky & Walker, LLP, Rebecca Kelder Myers, and Catherine M. Clayton
415 Madison Avenue, 18th Floor
New York, N.Y. 10017
212-207-8400

EGAN & GOLDEN, LLP

By _____
Brian T. Egan (BE 1260)
Attorneys for Plaintiffs
475 East Main Street, Suite 114
Patchogue, NY 11772
(631) 447-8100

SO ORDERED:

_____
U.S.D.J.
12/11/07

2