```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
KAT HOUSE PRODUCTIONS, LLC,         :
et al.,
                                    :
            Plaintiffs,                      ORDER
                                    :
        -against-                            07 Civ. 9700 (BSJ)(MHD)
                                    :

PAUL HASTINGS, et al.               :
            Defendants.             :
-----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



It is hereby

    ORDERED that a telephone conference has been scheduled in the above-captioned action on **TUESDAY, JANUARY 22, 2008, at 3:00 PM**. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

    Plaintiff's counsel is to make the necessary arrangements for the conference call.

Dated: New York, New York
       January 18, 2008

                           SO ORDERED.

                           _____
                           MICHAEL H. DOLINGER
                           UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed today to:

Brian T. Egan, Esq.
Pelletreau & Pelletreau, LLP
475 East Main Street, Suite 114
Patchogue, NY 117721
Fax: (631) 447-8181

Steven Mark Cordero, Sr., Esq.
Kavanaugh, Maloney & Osnato, LLP
415 Madison Avenue
New York, NY 10017
Fax: 212-888-7324