```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
KAT HOUSE PRODUCTIONS, LLC,         :
et al.,
                                    :
            Plaintiffs,                     ORDER
                                    :
        -against-                           07 Civ. 9700 (BSJ)(MHD)
                                    :

PAUL HASTINGS, et al.               :
            Defendants.             :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pretrial telephone conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **JUNE 30, 2008**.

2. Plaintiffs are to designate their expert witnesses by **JULY 30, 2008**. Defendants are to provide the equivalent information by **AUGUST 29, 2008**.

3. All remaining expert witness discovery is to be completed

by **SEPTEMBER 26, 2008**.

4. The parties are to submit a joint pre-trial order by **OCTOBER 24, 2008**.

Dated: New York, New York
       January 22, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Brian T. Egan, Esq.
Pelletreau & Pelletreau, LLP
475 East Main Street, Suite 114

Patchogue, NY 117721
Fax: (631) 447-8181

Steven Mark Cordero, Sr., Esq.
Kavanaugh, Maloney & Osnato, LLP
415 Madison Avenue
New York, NY 10017
Fax: 212-888-7324