# KAVANAGH MALONEY & OSNATO LLP

### 415 MADISON AVENUE
### NEW YORK, NEW YORK 10017

JOHN E. OSNATO
J. HAYES KAVANAGH
JAMES J. MALONEY
JOEL M. RUDELL
DAVID F. BAYNE
KIRSTIN T. KNIGHT
GERALDINE M. CUNNINGHAM

TELEPHONE: 212-207-8400

FACSIMILE: 212-888-7324

SARAH A. DAHL
STEVEN M. CORDERO
MEREDITH D. BELKIN
KENNETH M. TANZER

JORN A. HOLL
JAMES R. BRECKENRIDGE
OF COUNSEL

DIRECT DIAL
212-906-8327
E-MAIL
Davidbayne@kmollp.com

ENDORSED
ORDER

BY FAX - 212-805-7928

Honorable Michael H. Dolinger
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1670
New York, NY 10007



RECEIVED
MAR 24 2008
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
S.D.N.Y.

This application, in the nature of an untimely request for reconsideration, is denied. Defendants are to comply with their discovery obligations [illegible]
[signature] 3/24/08

Re:   Kat House, et al. v. Paul Hastings, et al., 07 CIV 9700 (BSJ)(MHD)

Dear Judge Dolinger:

We represent the Defendants Paul, Hastings, Janofsky & Walker, LLP's ("Paul Hastings"), Catherine Clayton and Rebecca Myers in the above referenced legal malpractice action. We are writing to request a stay of discovery pending Judge Jones's resolution of the motion to dismiss for lack of subject matter jurisdiction. That motion was fully submitted to Judge Jones on February 11, 2008.

By order dated March 5, 2008, United States District Court Judge George H. King of the Central District of California held in a related action captioned Paul, Hastings, Janofsky & Walker, LLP v. Kat House Productions, LLC, et al., CV 07-7990-GHK(CTx), that the federal courts lack subject matter jurisdiction over the dispute between Plaintiffs and Defendants. A copy of Judge King's Order is enclosed. That Order remanded a case commenced by Paul Hastings in the California Superior Court based on Plaintiffs' non-payment of legal fees and expenses for the services at issue in this case. Plaintiffs based their arguments for removal on the fact that their defenses and counterclaim for malpractice was based on the fact that much of the firm's work for them involved federal trademark law under the Lanham Act, and, therefore, the case presented a federal question. Judge King disagreed and it is respectfully submitted that Judge Jones will come to the same conclusion and